THE STATE EX REL. REPASZ, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Repasz v. Indus. Comm.*
(1998), 83 Ohio St.3d 135.]

(No. 96–2653—Submitted July 15, 1998—Decided September 16, 1998.)

*McCrory & Clark Co., L.P.A., Kurt M. Young* and *Christopher S. Clark,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cordelia A. Glenn,* Assistant Attorney General, for appellee Industrial Commission.

*Overly Spiker Chappano & Wood, L.P.A., Douglas E. Spiker* and *Lev K. Martyniuk,* for appellant.

_____

The judgment of the court of appeals is reversed. The Industrial Commission is ordered to pay wage-loss compensation benefits from May 15, 1992.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.